UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 8/15/2014

KARINA WALTON,

*Plaintiff,*

-against-

GEORGE M. HADLEY,

*Defendant.*

ECF CASE

13-CV-7907 (ER)

**CIVIL CASE DISCOVERY PLAN AND SCHEDULING ORDER**

EDGARDO RAMOS, U.S.D.J.:

This Civil Case Discovery Plan and Scheduling Order is adopted, after consultation with counsel, pursuant to Fed. R. Civ. P. 16 and 26(f):

1. All parties do not consent to conducting further proceedings before a Magistrate Judge, including motions and trial, pursuant to 28 U.S.C. § 636(c).

2. The case is to be tried to a jury.

3. Joinder of additional parties must be accomplished by October 15, 2014.

4. Amended pleadings may be filed until October 15, 2014, and afterwards, only with leave of the Court.

5. Interrogatories shall be served no later than September 15, 2014, and responses shall be served within thirty (30) days thereafter. The provisions of Local Civil Rule 33.3 shall apply to this case.

6. First request for production of documents, if any, shall be served no later than September 15, 2014.

7. Non-expert depositions shall be completed by February 2, 2015.

    a. Unless counsel agree otherwise or the Court so orders, depositions shall not be held until all parties have responded to any first requests for production of documents.

    b. Depositions shall proceed concurrently.

    c. Whenever possible, unless counsel agree otherwise or the Court so orders, non-party depositions shall follow party depositions.

8. Any further interrogatories, including expert interrogatories, shall be served no later than February 16, 2015.

9. Requests to Admit, if any, shall be served no later than February 16, 2015.

10. Expert reports shall be served no later than March 16, 2015.

11. Rebuttal expert reports shall be served no later than April 16, 2015.

12. Expert depositions shall be completed by June 1, 2015.

13. **ALL DISCOVERY SHALL BE COMPLETED BY** June 1, 2015.

14. Any motions shall be filed in accordance with the Court's Individual Practices.

15. This Civil Case Discovery Plan and Scheduling Order may not be changed without leave of Court (or the assigned Magistrate Judge acting under a specific order of reference).

16. The Magistrate Judge assigned to this case is the Hon. Frank Maas.

17. If, after entry of this Order, the parties consent to trial before a Magistrate Judge, the Magistrate Judge will schedule a date certain for trial and will, if necessary, amend this Order consistent therewith.

18. The next case management conference is scheduled for _Wed. June 3, 2015_, at _10:00am_.

SO ORDERED.

Dated: New York, New York
       _August 15, 2014_

_____
Edgardo Ramos, U.S. District Judge